UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/3/19
```

RASHEEM THOMAS,

               Plaintiff,

v.

3M COMPANY and AERO TECHNOLOGIES, ETC.,

               Defendants.

No. 19-CV-2593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 22, 2019, Plaintiff requested to unseal this action. Plaintiff's request is granted.

    If Plaintiff intends to continue this action against Defendants, Plaintiff must serve a complaint on Defendants pursuant to Federal Rule of Civil Procedure 4.

SO ORDERED.

Dated:    December 3, 2019
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge